| | |
|---|---|
| L. Timothy Fisher (State Bar. No. 191626) | David Muth (*pro hac vice*) |
| Luke Sironski-White (State Bar No. 348441) | david.muth@quarles.com |
| ltfisher@bursor.com | 411 East Wisconsin Ave., Suite 2400 |
| lsironski@bursor.com | Milwaukee, WI 53202 |
| **BURSOR & FISHER, P.A.** | Telephone: (414) 277-5000 |
| 1990 North California Blvd., Suite 940 | |
| Walnut Creek, CA 94596 | Zachary Foster (*pro hac vice*) |
| Telephone: (925) 300-4455 | zachary.foster@quarles.com |
| Facsimile: (925) 407-2700 | 101 East Kennedy Blvd., Suite 3400 |
| | Tampa, FL 33602 |
| | Tel: (813) 387-0300 |
| Greg Sinderbrand (State Bar. No. 179586) | Paul Chan (State Bar No. 183406) |
| greg@sinderbrandlaw.com | Jonathan Jackson (State Bar No. 257554) |
| **SINDERBRAND LAW GROUP, P.C.** | pchan@birdmarella.com |
| 2829 Townsgate Road, Suite 100 | jjackson@birdmarella.com |
| Westlake Village, CA 91361 | **BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM** |
| Telephone: (818) 370-3912 | 1875 Century Park East 23rd Floor |
| | Los Angeles, CA 90067-2561 |
| | Telephone: (310) 201-2100 |
| *Attorneys for Plaintiff Larion Krayzman* | *Attorneys for Defendant Yalla Ventures, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARION KRAYZMAN individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>YALLA VENTURES, INC.,<br><br>            Defendant. | Case No. 2:24-cv-3610<br><br>**JOINT STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT** |

1. Plaintiff Larion Krayzman and Defendant Yalla Ventures, Inc. (collectively, the "**Parties**"), through their respective counsel, hereby submit this Joint Stipulation to Stay Case Pending Execution of Settlement Agreement:

    1. Plaintiff filed their First Amended Class Action Complaint ("**Amended Complaint**") on November 6, 2024. [ECF Doc. No. 43].

    2. Pursuant to the Court's Order Granting Joint Stipulation Extending Defendant's Time to Answer or Otherwise Response to the Amended Complaint [ECF Doc. No. 47], Defendant's deadline to answer or otherwise respond to the Amended Complaint is December 20, 2024.

    3. The Parties have reached an agreement in principle that would resolve this dispute in its entirety; however, they need additional time to finalize and execute the settlement agreement.

    4. In order to preserve the Parties' finite resources and in the interest of judicial economy, the Parties have agreed to stay the case and toll their pending deadlines until January 20, 2025, subject to the Court's approval.

    **NOW,** therefore, for the good cause set forth above, the Parties request that the Court enter an Order staying the case and tolling all deadlines until January 20, 2025.

    **IT IS SO STIPULATED.**

| | |
|---|---|
| **BURSOR & FISHER P.A.** | **QUARLES & BRADY LLP** |
| By: */s/ L. Timothy Fisher*<br>L. Timothy Fisher (Cal. Bar. No. 191626)<br>Luke Sironski-White (State Bar No. 348441)<br>ltfisher@bursor.com<br>lsironski@bursor.com<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455 | By: */s/ Zachary Foster*<br>David Muth (*pro hac vice*)<br>david.muth@quarles.com<br>411 East Wisconsin Ave., Suite 2400<br>Milwaukee, WI 53202<br>Tel: (414) 277-5000<br><br>Zachary Foster (*pro hac vice*)<br>zachary.foster@quarles.com<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602<br>Tel: (813) 387-0300 |
| **SINDERBRAND LAW GROUP, P.C.** | **BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM** |
| By: */s/ Greg Sinderbrand*<br>Greg Sinderbrand (State Bar. No. 179586)<br>greg@sinderbrandlaw.com<br>2829 Townsgate Road, Suite 100<br>Westlake Village, CA 91361<br>Tel: (818) 370-3912<br><br>*Attorneys for Plaintiff Larion Krayzman* | By: */s/ Jonathan Jackson*<br>Paul Chan (State Bar No. 183406)<br>Jonathan Jackson (State Bar No. 257554)<br>pchan@birdmarella.com<br>jjackson@birdmarella.com<br>1875 Century Park East 23rd Floor<br>Los Angeles, CA 90067-2561<br>Tel: (310) 201-2100<br><br>*Attorneys for Defendant Yalla Ventures, Inc.* |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to L. Timothy Fisher and Greg Sinderbrand, counsel for Plaintiff Larion Krayzman and that I have obtained L. Timothy Fisher and Greg Sinderbrand's authorization to affix their electronic signatures to this document.

Dated: December 16, 2024       **QUARLES & BRADY LLP**

　　　　　　　　　　　　　　　By:   */s/ Zachary Foster*
　　　　　　　　　　　　　　　　　　Zachary Foster

　　　　　　　　　　　　　　　*Attorneys for Defendant Yalla Ventures, Inc.*