| | |
|---|---|
| 1  **BURSOR & FISHER, P.A.** | **BIRD, MARELLA, RHOW,** |
| 2  L. Timothy Fisher (SBN 191626) | **LINCENBERG, DROOKS &** |
|    Luke Sironski-White (SBN 348441) | **NESSIM LLP** |
| 3  1990 North California Blvd., 9th Floor | Paul S. Chan (SBN 183406) |
|    Walnut Creek, CA 94596 | pchan@birdmarella.com |
| 4  Telephone: (925) 300-4455 | Jonathan M. Jackson (SBN 257554) |
| 5  Facsimile: (925) 407-2700 | pchan@birdmarella.com |
|    E-mail: ltfisher@bursor.com | 1875 Century Park East, 23rd Floor |
| 6           lsironski@bursor.com | Los Angeles, CA 90067 |
| 7  | Telephone: 310-201-2100 |
| 8  **SINDERBRAND LAW GROUP, P.C.** | **QUARLES & BRADY LLP** |
|    829 Townsgate Road, Suite 100 | David P. Muth *(pro hac vice)* |
| 9  Westlake Village, CA 91361 | David.Muth@quarles.com |
| 10 Telephone: (818) 370-3912 | 411 E. Wisconsin Avenue, Suite 2400 |
|    E-mail: greg@sinderbrandlaw.com | Milwaukee, WI 53202 |
| 11 | Telephone: 414-277-5000 |
| 12 *Attorneys for Plaintiff* | Zachary S. Foster *(pro hac vice)* |
|    | Zachary.Foster@quarles.com |
| 13 | 101 East Kennedy Boulevard, Suite 400 |
| 14 | Tampa, FL 33602 |
|    | Telephone: 813-387-0300 |
| 15 | |
| 16 | *Attorneys for Defendant Yalla Ventures, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARION KRAYZMAN individually and on behalf of all others similarly situated, | Case No. 2:24-cv-3610-AB-AS |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| YALLA VENTURES, INC., | |
| Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-CV-3610-AB-AS

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Larion Krayzman and Defendant Yalla Ventures, Inc., through their designated counsel, that this action be and is hereby dismiss **with** prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs.

Dated: January 22, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
            lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff and the Putative Class*

**QUARLES & BRADY LLP**

By:  */s/ Zachary S. Foster*

David P. Muth *(pro hac vice)*
David.Muth@quarles.com

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-CV-3610-AB-AS

2

411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: 414-277-5000
Zachary S. Foster *(pro hac vice)*
Zachary.Foster@quarles.com
101 East Kennedy Boulevard, Suite 400
Tampa, FL 33602
Telephone: 813-387-0300

**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP**
Paul S. Chan (SBN 183406)
pchan@birdmarella.com
Jonathan M. Jackson (SBN 257554)
pchan@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: 310-201-2100

*Attorneys for Defendant Yalla Ventures, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/L. Timothy Fisher*